IN THE UNITED STATES BANKRUPTCY
COURT FOR THE MIDDLE DISTRICT
OF FLORIDA
JACKSONVILLE DIVISION
CASE NO:       3:13-bk-01872-JAF
               Chapter 13

IN RE:

    DONNA M. BROWER,
            Debtor            /

## CHAPTER 13 PLAN

COMES NOW the Debtor, DONNA M. BROWER, by and through her undersigned attorney and hereby files her Chapter 13 Plan:

1. The future earnings of the Debtor are submitted to the supervision and control of the Trustee, and the Debtor shall pay to the Trustee the sum of **$470.00** for months 1 through 60 of the Plan.

2. From the payments or funds so received, the Trustee shall make disbursements as follows:

    **A. PRIORITY CLAIMS:**

        (1) The fees and expenses of the trustee shall be paid over the life of the Plan at the rate of ten percent (10%) of the amount of all payments under the Plan.

        (2) The remaining fees of the Debtor's attorney, LEON M. BOYAJAN, II, P.A., whose address is 2303 Highway 44 West, Inverness, FL 34453-3809 in the amount of **$1,500.00** at the rate of **$100.00** per month for the first fifteen (15) months of the Plan.

    **B. SECURED CLAIMS:**

        (1) FORD MOTOR CREDIT, whose address is P O Box 542000, Omaha, NE 68154, holds a lien on a 2006 Pontiac Solstice automobile in the approximate amount of $10,895.00. The Debtor will surrender this property to the Creditor.

        (2) FORD MOTOR CREDIT, whose address is P O Box 542000, Omaha, NE 68154, holds a lien on a 2012 Ford Escape automobile in the approximate amount of $33,174.00. The Debtor will surrender this property to the Creditor.

        (3) FORD MOTOR CREDIT, whose address is P O Box 542000, Omaha, NE 68154, holds a lien on a 2013 Ford Mustang automobile in the approximate amount of $29,269.00. The Debtor will surrender this property to the Creditor

        (4) FORD MOTOR CREDIT, whose address is P O Box 542000, Omaha, NE 68154, holds a lien on a 2012 Ford Fusion automobile in the amount of $30,566.00, which has a value of $18,000.00. The Trustee shall pay this creditor the payment of **$323.44** per month over the life of the Plan. Interest is 3.0%.

    **C. ARREARAGE CLAIMS:**
        NONE

    **D. UNSECURED CLAIMS:**

        Unsecured Creditors, including those secured Creditors who have deficiency claims whose liens have been voided, who timely file claims, shall receive distribution prorata. The Trustee shall distribute

and allowed. Any claims filed after the date for creditors to file claims shall receive no distribution under this plan unless specifically provided for above.

    3. All secured Creditors shall retain their liens.

    4. Title to all property of the estate shall revest in the debtor upon confirmation of this plan.

DATED this 10th day of April, 2013.

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing Chapter 13 Plan has been furnished by electronic mail to DOUGLAS W. NEWAY, Chapter 13 Trustee, Post Office Box 4308, Jacksonville, FL 32201-4308 and to the OFFICE OF THE US TRUSTEE, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801, this 10th day of April, 2013.

LEON M. BOYAJAN, II
LEON M. BOYAJAN, II, P.A.
2303 West Highway 44
Inverness, FL 34453-3809
Florida Bar No. 358312
Telephone: (352) 726-1800
Fax Number (352) 726-1428
Attorney for Debtor