```
                    UNITED STATES BANKRUPTCY COURT
                     MIDDLE DISTRICT OF FLORIDA
                        JACKSONVILLE DIVISION

                                    CASE NO: 3:13-bk-01872-JAF
                                    Chapter 13
In re
Donna M Brower


        Debtor(s).       /

                    FORD MOTOR CREDIT COMPANY'S
        MOTION TO LIFT CO-DEBTOR STAY PURSUANT TO 11 U.S.C. §1301(c)(2)
```

**NOTICE OF OPPORTUNITY TO
OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider this motion without further notice or hearing unless a party in interest files an objection within 21 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 N. Hogan Street, Suite 3-350, Jacksonville, Fl 32202-4267, and serve a copy on the movant's attorney, Lawrence J. Bernard, Esquire, 480 Busch Drive, Jacksonville, FL 32218.

If you file and serve an objection within the time permitted, **and the objection reveals factual or legal issues requiring a hearing**, the Court will schedule a hearing and you will be notified. Otherwise, the Court will consider the motion and the responses on the papers without further notice or hearing. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

COMES NOW Ford Motor Credit Company (hereafter "Movant"), a secured Creditor herein, by and through its undersigned attorney, and pursuant to 11 U.S.C. §1301(c)(2) requests this Court enter an Order lifting the Co-Debtor stay, and in support thereof would assert as follows:

1. On or about March 28, 2013, the Debtor(s) filed a Chapter 13 Petition in this Court.

2. On or about October 5, 2011, the Debtor(s) and Co-Debtor Peter B. Brower entered into a Security Agreement-Retail Installment Sale Agreement (hereinafter "Agreement") with Ford Motor Credit Company pursuant to the Debtor(s) purchase of a 2006 Pontiac Solstice, VIN 1G2MB33B06Y103850.  A copy of the Agreement is attached hereto as Exhibit "A."

3. The aforedescribed Agreement is now in default because of the Debtor(s) and Co-Debtor Peter B. Brower's failure to make regular contract payments beginning March 29, 2013 and thereafter, as set forth in the Affidavit of Bankruptcy Customer Service  which has previously been filed with the Court.

4. The legal title to said collateral is vested in the Debtor(s) and the Co-Debtor, Peter B. Brower.

5. The Debtor(s) Chapter 13 Plan does not propose to pay Ford Motor Credit Company's claim in its entirety.

6. Ford Motor Credit Company wishes to exercise its option to declare the entire principal balance and the accrued interest under the Agreement due and payable against the Co-Debtor Peter B. Brower.

7. Ford Motor Credit Company has duly performed each and every act required to be performed by it under the Agreement, and all conditions precedent to the filing and maintenance of this Motion have been performed or have occurred.

8. The automatic stay provisions of §1301(c)(2) should be lifted or modified in order to permit Ford Motor Credit Company to enforce its rights under the Agreement against the Co-Debtor Peter B. Brower.

WHEREFORE, Movant prays for an Order granting relief from the Co-Debtor stay to permit it to pursue applicable remedies which it may have under State law with regard to the Co-Debtor Peter B. Brower, and for such other and further relief as is just and proper.

Lawrence J. Bernard, P.A.

/S/ Lawrence J. Bernard
_____
Lawrence J. Bernard, Esquire
Attorney for Creditor
480 Busch Drive
Jacksonville, FL 32218
Phone:    (904) 751-6980
TollFree: (866) 353-5884
Fax:      (904) 751-6983
Florida Bar #248436

CERTIFICATE OF SERVICE

I CERTIFY that a copy has been furnished either by electronic or standard first class mail on May 02, 2013, to: Donna M Brower, Debtor, 511 S. Jackson Street, Beverly Hills, Fl 34465; Leon M. Boyajan II, Debtor's Attorney, 2303 Highway 44 West, Inverness, Fl 34453; Douglas W. Neway, Trustee, PO Box 4308, Jacksonville, Fl 32201; Peter B. Brower, Co-Debtor, at his normal place of abode 11747 W Sunnybrook Ct, Crystal River, Fl, 34429.

Lawrence J. Bernard, P.A.

/S/ Lawrence J. Bernard
_____
Lawrence J. Bernard, Esquire
Attorney for Creditor
480 Busch Drive
Jacksonville, FL 32218
Phone:    (904) 751-6980
TollFree: (866) 353-5884
Fax:      (904) 751-6983
Florida Bar #248436