UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:13-bk-01872-JAF

In re
Donna M Brower

_____Debtor(s)._____/

ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

This Case is before the Court upon the Motion for Relief from Stay filed by Ford Motor Credit Company (Movant). Based upon evidence given at the hearing on June 3, 2013, it is ORDERED:

1. The Motion for Relief from Stay is granted.

2. The automatic stay imposed by 11 U.S.C. Section 362 is lifted as to Movant, and it may proceed with the foreclosure of its lien/mortgage/ownership upon the following property:

2012 Ford Escape, VIN 1FMCU0DG9CKC60247

3. This Order is entered for the sole purpose of allowing Movant to obtain an *in rem* judgment against the property and Movant shall not seek an *in personam* judgment against the Debtor(s). Movant has the right to file an unsecured claim for any resulting deficiency.

DATED: June 5, 2013, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Attorney Lawrence J. Bernard is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

Copies furnished to:

Lawrence J. Bernard, Movant's Attorney
Debtor(s)
Debtor(s) Attorney
Trustee