UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:13-bk-01872-JAF

In re
Donna M Brower

_____ Debtor(s). _____/

ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY AS TO CO-DEBTOR

This Case is before the Court upon the Motion to Lift Co-Debtor Stay filed by Ford Motor Credit Company (Movant) as to Co-Debtor Peter B. Brower. No appropriate response having been filed in accordance with Local Rule 2002-4, it is

ORDERED:

1. The motion is granted.

2. The Co-Debtor stay imposed by 11 U.S.C. Section 1301 as it relates to Co-Debtor Peter B. Brower is hereby terminated and Movant may enforce its *in personam* rights solely as to Peter B. Brower upon the following property:

2006 Pontiac Solstice, VIN 1G2MB33B06Y103850

DATED: June 5, 2013, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Attorney Lawrence J. Bernard is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

Copies furnished to:

Donna M Brower, Debtor(s)
Peter B. Brower, Co-Debtor
Leon Boyajan, Debtor(s) Attorney
Douglas Neway, Trustee
Lawrence J. Bernard, Movant's Attorney